UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
JUAN JARA,                                                      (AKH)07CV5363

                              Plaintiffs,

    -against-

90 CHURCH STREET LIMITED PARTNERSHIP ,
ALAN  KASMAN DBA KASCO,
AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFOR US GROUP INC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BOSTON PROPERTIES INC.,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC.,
FGP 90 WEST STREET INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
KIBEL COMPANIES,
MERRILL LYNCH & CO., INC.
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
TOSCORP INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. GP CORP.,
WFP TOWER B HOLDING CO., LP,
WFP TOWER B CO., LP,

Defendants.

-----------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

           Yours, etc.
           FRIEDMAN, HARFENIST, LANGER & KRAUT
           Attorneys for Defendant –Envirotech
           3000 Marcus Avenue, Suite 2E1
           Lake Success, New York 11042
           (516) 775-5800

           BY: _____
              Heather L. Smar (4622)