UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: LOWER MANHATTAN DISASTER SITE   :
LITIGATION                              :          21 MC 102 (AKH)
:
------------------------------------------------------------ X
:
JUAN JARA,                              :          07-CV-05363 (AKH)
:
                Plaintiff,       :
:
-against-                               :
:
90 CHURCH STREET LIMITED                :          **FGP 90 WEST STREET,**
PARTNERSHIP, ALAN KASMAN DBA            :          **INC.'S NOTICE OF**
KASCO, AMBIENT GROUP, INC.,             :          **ADOPTION OF ANSWER TO**
AMERICAN EXPRESS BANK, LTD,             :          **MASTER COMPLAINT**
AMERICAN EXPRESS COMPANY,               :
AMERICAN EXPRESS TRAVEL RELATED         :
SERVICES COMPANY, INC., ANN TAYLOR      :
STORES CORPORATION, BATTERY PARK        :
CITY AUTHORITY, BELFOR USA GROUP,       :
INC., BFP TOWER C CO. LLC., BFP TOWER   :
C MM LLC., BLACKMON-MOORING-            :
STEAMATIC CATASTOPHE, INC. D/B/A BMS    :
CAT, BOSTON PROPERTIES, INC.,           :
BROOKFIELD FINANCIAL PROPERTIES,        :
INC., BROOKFIELD FINANCIAL              :
PROPERTIES, LP, BROOKFIELD PARTNERS,    :
LP, BROOKFIELD PROPERTIES               :
CORPORATION, BROOKFIELD                 :
PROPERTIES HOLDINGS INC.,               :
ENVIROTECH CLEAN AIR, INC., FGP 90      :
WEST STREET INC., GPS ENVIRONMENTAL     :
CONSULTANTS, INC., HILLMAN              :
ENVIRONMENTAL GROUP, LLC., INDOOR       :
ENVIRONMENTAL TECHNOLOGY, INC.,         :
KASCO RESTORATION SERVICES CO.,         :
KIBEL COMPANIES, LEHMAN BROTHERS        :
HOLDINGS INC., LEHMAN BROTHERS,         :
INC., LEHMAN COMMERCIAL PAPER, INC.,    :
MCCLIER CORPORATION, MERRILL            :
LYNCH & CO, INC., NOMURA HOLDING        :

```
AMERICA, INC., NOMURA SECURITIES            :
INTERNATIONAL, INC., STRUCTURE TONE         :
(UK), INC., STRUCTURE TONE GLOBAL           :
SERVICES, INC., TOSCORP INC.,               :
TRAMMELL CROW COMPANY,                      :
TRAMMELL CROW CORPORATE                     :
SERVICES, INC., WESTON SOLUTIONS,           :
INC., WFP RETAIL CO. G.P. CORP., WFP        :
RETAIL CO. L.P., WFP TOWER B CO. G.P.       :
CORP., WFP TOWER B HOLDING CO., LP,         :
and WFP TOWER B. CO., L.P., ET AL,          :
                                            :
                      Defendants.           :
------------------------------------------- X
```

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8192794.1

Dated: New York, New York.
February 6, 2008

By:    s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*