UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------x

    JUAN JARA,

                  Plaintiffs,

                                                        07CV05363

    Against

                                                          ANSWER TO
                                                          AMENDED
                                                          COMPLAINT

    90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMERICAN EXPRESS BANK,
LTD, AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY,BELFOR USA GROUP,
INC., BFP TOWER C CO. LLC., BFP TOWER C
MM LLC., BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH
CLEAN AIR, INC., FGP 90 WEST STREET INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES, LEHMAN BROTHERS
HOLDINGS INC., LEHMAN BROTHERS, INC.,
LEHMAN COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION, MERRILL LYNCH
& CO, INC., NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES
INTERNATIONAL, INC., STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., TRAMMELL
CROW COMPANY, TRAMMELL CROW

CORPORATE SERVICES, INC., WESTON
SOLUTIONS, INC., WFP RETAIL CO. G.P.
CORP., WFP RETAIL CO. L.P., WFP TOWER B
CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, AND WFP TOWER B. CO., L.P., ET AL

                            Defendants.
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       April 1, 2008

                    Yours, etc.

                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                    Attorneys for Defendant –Envirotech
                    3000 Marcus Avenue, Suite 2E1
                    Lake Success, New York 11042
                    (516) 775-5800

                    BY: _____
                            Heather L. Smar (4622)